IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KELLY MATA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION FILE NO.: |
| | * | 7:12-CV-00042-HL |
| MARCUS GALLON and | * | |
| GENERAL MOTORS, LLC f/k/a | * | |
| NGMCO, Inc. f/k/a GENERAL | * | |
| MOTORS COMPANY, | * | |
| | * | |
| Defendants. | * | |

## PROPOSED ORDER ON JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

The parties having jointly moved the Court to modify the Scheduling Order (Dkt. 16) to allow a one week extension on the disclosure of experts and the deadlines for making said experts available for deposition and, it appearing to the Court that the parties have been diligent in conducting discovery and that the motion is not being brought solely for the purposes of delay, it is HEREBY ORDERED as follows:

The deadline for Plaintiff to make her experts available for deposition is hereby extended from March 11, 2013 to March 18, 2013;

1

The deadline for Defendants to disclose their experts is hereby extended from April 10, 2013 to April 17, 2013;

The deadline for Defendants to make their experts available for deposition is hereby extended from June 10, 2013 to June 17, 2013.

SO ORDERED this 11th day of March, 2013.

        s/Hugh Lawson
_____
HON. HUGH LAWSON
Judge, United States District Court
Middle District of Georgia

| /s/ Craig Alan Webster | /s/ Philip E. Holladay, Jr. |
|---|---|
| Craig Alan Webster | Philip E. Holladay, Jr. |
| Ga. State Bar No.: 744950 | Ga. State Bar No.: 361008 |
| 405 Love Avenue | Anneke J. Shepard |
| Tifton, Georgia 31794 | Ga. State Bar No.: 545247 |
|  | KING & SPALDING LLP |
| Attorney for Plaintiff | 1180 Peachtree Street, N.E. |
|  | Atlanta, GA 30309 |
|  |  |
|  | Attorneys for GM LLC |