# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**KELLY MATA,**

    Plaintiff,

v.

**MARCUS GALLON,**

    Defendant.

Civil Action No. 7:12-CV-42 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 37), issued after a hearing on Plaintiff's Motion for Default Judgment (Doc. 25). Judge Langstaff recommends that final judgment be entered in Plaintiff's favor and against Defendant Gallon in the amount of $750,000. Defendant Gallon has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error and finds none. The Recommendation (Doc. 37) is accepted and adopted. Plaintiff's Motion for Default Judgment (Doc. 25) is granted. The Clerk of Court is directed to enter judgment in Plaintiff's favor in the amount of $750,000.

**SO ORDERED**, this the 31st day of October, 2013.

                                  *s/ Hugh Lawson*
                                  **HUGH LAWSON, SENIOR JUDGE**

mbh